FILED
2019 Jan-14 PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**

MDL No. 2804

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −72)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,210 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 27, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of
the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**

MDL No. 2804

### SCHEDULE CTO−72 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA NORTHERN** | | | |
| ALN | 5 | 18−02024 | Madison County, Alabama v. Amerisourcebergen Drug Corporation et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 1 | 18−07430 | The Hoopa Valley Tribe v. Purdue Pharma L.P. et al |
| CAN | 1 | 18−07431 | The Bear River Band of Rohnerville Rancheria v. Purdue Pharma L.P. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 18−62995 | The City of Pembroke Pines, Florida v. Purdue Pharma L.P. et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 5 | 18−00451 | TAYLOR REGIONAL HOSPITAL v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **MINNESOTA** | | | |
| MN | 0 | 18−03335 | Sherman v. Purdue Pharma L.P. et al |
| **NEW YORK NORTHERN** | | | |
| NYN | 6 | 18−01394 | City of Utica, New York v. Purdue Pharma, L.P. et al |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 2 | 18−00061 | Camden County v. AmerisourceBergen Drug Corporation et al |
| NCE | 2 | 18−00062 | Washington County v. AmerisourceBergen Drug Corporation et al |
| **NORTH CAROLINA WESTERN** | | | |

NCW        3        18−00651        Anson County v. AmerisourceBergen Drug Corporation et al

OHIO SOUTHERN

~~OHS~~       ~~2~~       ~~18−01582~~       ~~Meigs County, Ohio v. Cardinal Health, Inc. et al~~ Opposed 12/26/18

WISCONSIN WESTERN

~~WIW~~       ~~3~~       ~~18−01017~~       ~~Bad River Band of Lake Superior Chippewa v. Purdue Pharma L.P. et al~~ Opposed 12/21/18